**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS S. NELSON, | No. C 09-04577 JW (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |
| vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondent. | |

On September 28, 2009, petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the clerk of the court sent a notice to petitioner that a filing fee of $5.00 was now due or in the alternative, that petitioner must file an In Forma Pauperis Application. (Docket No. 2.) Petitioner was advised that he must respond within thirty days to avoid the action being dismissed.

On October 13, 2009, the mail to petitioner was returned as undeliverable as the address on the envelope was incorrect. (Docket No. 13.) In the interest of justice, the Court will extend the time for petitioner to file an in forma pauperis application. Petitioner must file the application **within thirty (30) days** from the date this order is filed. In the alternative, petitioner may file the $5.00 filing fee.

Order Granting Ext. of Time to Pay Filing Fee or File IFP
P:\PRO-SE\SJ.JW\HC.09\Nelson04577_ifp-ext.wpd

**FAILURE TO FILE A TIMELY RESPONSE IN ACCORDANCE WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE TO PETITIONER.**

The clerk shall enclose two copies of the court's <u>In</u> <u>Forma</u> <u>Pauperis</u> Application with a copy of this order to petition.

DATED: February 10, 2010

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS RAYMOND NELSON,

          Petitioners,

v.

PEOPLE OF STATE OF CALIFORNIA, et al.,

          Respondent.

                                /

Case Number: CV09-04577 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/19/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas Swede-Raymond Nelson H-20549
Contra Costa Martinez Detention Facility
901 Court Street
Martinez, CA 94553

Dated: 2/19/2010

                                      Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth Garcia, Deputy Clerk