*E-Filed 3/30/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS S. NELSON, | No. C 09-4577 RS (PR) |
| Petitioner, | **ORDER DISMISSING ACTION** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis*, or pay the filing fee of $5.00, by March 22, 2010 or face dismissal of the action. Petitioner still has not filed such an application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice.

The Clerk shall enter judgment in favor of respondents and close the file.

**IT IS SO ORDERED**.

DATED: March 30, 2010

RICHARD SEEBORG
United States District Judge

No. C 09-4577 RS (PR)
ORDER OF DISMISSAL

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Douglas Swede-Raymond Nelson
H-20549
Contra Costa Martinez Detention Facility
901 Court Street
Martinez, CA 94553

DATED:  03/30/2010

<u>s/ Chambers Staff</u>
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.